UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>1300 DESERT WILLOR ROAD, LLC,<br><br>Debtor. | |

26 Civ. 2268 (KPF)

Case No. 25-11375 (PB)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On March 20, 2026, the Court issued a Scheduling Order in this bankruptcy appeal. (Dkt. #3). The Scheduling Order required, pursuant to Federal Rule of Bankruptcy Procedure 8009, that appellant file "'a designation of the items to be included in the record on appeal and a statement of the issues to be presented' within 14 days after filing of the notice of appeal." (*Id.* (quoting Fed. R. Bankr. P. 8009)). The Scheduling Order also warned (in all caps) that "THE FAILURE TO COMPLY WITH THIS ORDER AND/OR THE TIME LIMITS IN RULES 8002, 8009, OR 8018 WILL RESULT IN DISMISSAL OF THE APPEAL[.]" (*Id.*).

Appellant's deadline to designate the record and file a statement of issues presented was two weeks ago, on April 3, 2026. Because appellant has failed to comply with the Court's Scheduling Order and with Rule 8009, the Court hereby DISMISSES this appeal. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:  April 17, 2026
          New York, New York

                                         KATHERINE POLK FAILLA
                                       United States District Judge

2